SMITHBRIDGE, LLP
BY: Andrew M Smith, Esquire
Two Penn Center
1500 JFK Blvd, Suite 900
Philadelphia, PA 19102
(215) 564-5291
Andrew@Smithbridgellp.com
COUNSEL FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON EUGENE TERRY<br>        Plaintiff,<br>v.<br><br>SUNTRUST BANKS, INC d/b/a SUNTRUST BANK; SUNTRUST BANK, INC; MARTIN KELLY CAPITAL MANAGEMENT, LLC; WILLIAM C. CRAFTON, JR.; ADAM FEIN; CSI CAPITAL MANAGEMENT, INC; and John Does 1-50<br><br>        Defendants. | : CIVIL NO.: 2:12-cv-6341 |

### STIPULATION OF DISMISSAL

THIS MATTER in difference in the above entitled action having been amicably adjusted by and between Plaintiff and SunTrust Bank, it is hereby stipulated and agreed that <u>ONLY</u> Defendants SunTrust Bank, Inc. and SunTrust Banks, Inc. d/b/a SunTrust Bank are dismissed from the within action with prejudice. Martin Kelly Capital Management, LLC and William Crafton Jr. are not released from any pending claims.

BY: _____
Henry F. Reichner, Esquire
Reed Smith LLP
Counsel for the SunTrust Defendants

BY: _____
Andrew M. Smith, Esquire
Smithbridge, LLP
Counsel for Plaintiffs